# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2019 KW 0715

VERSUS

GILES McGHEE                                            SEP 17 2019

---

In Re:     Giles McGhee, applying for supervisory writs, 21st
           Judicial District Court, Parish of Tangipahoa, No.
           1201595.

---

BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.

    WRIT DENIED.

                              VGW
                              WJC

    Guidry, J., concurs and would deny the writ application on
the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_

DEPUTY CLERK OF COURT
FOR THE COURT